[No. 9248-8-III.  Division Three.  August 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY EUGENE SHEETS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01519-5, Cameron K. Hopkins, J., entered April 1, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.

[No. 21241-9-I.  Division One.  August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY LEE CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-02939-1, Jerome M. Johnson, J., entered October 23, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[No. 21541-8-I.  Division One.  August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JACKIE RAY MOSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-01189-1, Peter K. Steere, J., entered December 9, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.

[No. 22007-1-I.  Division One.  August 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD E. LYONS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02154-8, Frank L. Sullivan, J., entered March 4, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Forrest, JJ.